UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEVE ANCTIL, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:16-cv-00107-JAW |
| JOSEPH FITZPATRICK, et al., | ) ) ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 24, 2016 (ECF No. 36), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that all of the Plaintiff's claims except for Plaintiff's failure to protect/failure to train claim against Defendant Ross be and hereby are DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 5th day of December, 2016