UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| STEVE ANCTIL, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16-cv-00107-JAW |
| | ) | |
| COMMISSIONER JOSEPH | ) | |
| FITZPATRICK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 13, 2018 his Recommended Decision on Defendants' Motion for Summary Judgment (ECF No. 126). The Plaintiff filed his objections to the Recommended Decision on January 14, 2019 (ECF No. 129), and the Defendants filed their response to those objections on January 22, 2019 (ECF No. 130). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 126) is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Defendant's Motion for Summary Judgment (ECF No. 93) be and hereby is <u>GRANTED</u>.

SO ORDERED.

                                            <u>/s/ John A. Woodcock, Jr.</u>
                                            JOHN A. WOODCOCK, JR.
                                            UNITED STATES DISTRICT JUDGE

Dated this 8th day of February 2019.