# United States Court of Appeals
## For the First Circuit

No. 19-1308

STEVE ANCTIL, JR.,

Plaintiff, Appellant,

v.

COMMISSIONER JOSEPH FITZPATRICK, in both his individual and official capacities; WARDEN RODNEY BOUFFARD, Now Associate Commissioner, in his individual capacity; WARDEN RANDALL LIBERTY, in his individual capacity; DEPUTY WARDEN TROY ROSS, in his individual capacity,

Defendants, Appellees,

GRIEVANCE REVIEW OFFICER WENDELL ATKINSON, in his individual capacity,

Defendant.

Before

Torruella, Lynch and Kayatta,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: June 25, 2019

Because no timely notice of appeal, nor timely motion to extend the time for appeal, was filed, this appeal is dismissed for lack of jurisdiction. <u>See</u> <u>Bowles</u> v. <u>Russell</u>, 551 U.S. 205, 214 (2007) ("the timely filing of a notice of appeal in a civil case is a jurisdictional requirement").

By the Court:

Maria R. Hamilton, Clerk

cc: Steve Anctil Jr., James Edward Fortin, Jason David Anton